| | |
|---|---|
| 1 | Justin F. Marquez (SBN 262417) |
| | justin@wilshirelawfirm.com |
| 2 | Christina M. Le (SBN 237697) |
| | cle@wilshirelawfirm.com |
| 3 | Zachary D. Greenberg (SBN 331501) |
| | zgreenberg@wilshirelawfirm.com |
| 4 | **WILSHIRE LAW FIRM** |
| | 3055 Wilshire Blvd, 12th Floor |
| 5 | Los Angeles, California 90010 |
| | Telephone:  (213) 381-9988 |
| 6 | Facsimile:   (213) 381-9989 |
| 7 | *Attorneys for* Plaintiff |
| | MARIA RODRIGUEZ |
| 8 | |
| 9 | Laura Reathaford (SBN 254751) |
| | laura.reathaford@lathropgpm.com |
| 10 | **LATHROP GPM LLP** |
| | 2049 Century Park East |
| 11 | Suite 3500S |
| | Los Angeles, California 90067-1623 |
| 12 | Telephone: 310.789.4600 |
| | Facsimile: 310.789.4601 |
| 13 | *Attorneys for Defendant* |
| | *LITTLE CAESAR ENTERPRISES, INC.* |
| 14 | |
| 15 | [Additional Counsel listed on the following page] |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RODRIGUEZ, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BP VENTURE MANAGEMENT, INC. DBA LITTLE CAESARS PIZZA, a California corporation; LITTLE CAESAR ENTERPRISES, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>*Defendants*. | Case No.: 2:23-cv-00167-WBS-JDPx<br><br>[*Assigned to Hon. William B. Shubb, Ctrm. 5*]<br><br>**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; ORDER**<br><br><br>Complaint Filed:   November 29, 2022<br>Date of Removal: January 27, 2023<br><br>Trial Date: November 19, 2024 |

Case No. 2:23-cv-00167-WBS-JDPx
JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE;  ORDER

Larry M. Kazanjian (SBN 071441)
lkazanjian@pkwhlaw.com
Treaver K. Hodson (SBN 179184)
thodson@pkwhlaw.com
Dayra Juarez (SBN 340294)
djuarez@pkwhlaw.com
**PALMER KAZANJIAN WOHL HODSON, LLP**
2277 Fair Oaks Blvd., Suite 455
Sacramento, California 95825
Telephone: (916) 442-3552
Facsimile: (916) 640-1521

*Attorneys for* Defendant,
BP VENTURE MANAGEMENT, INC.
DBA LITTLE CAESARS PIZZA

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

This Stipulation is made by and between Plaintiff Maria Rodriguez ("Plaintiff"), Defendant Little Caesar Enterprises, Inc. ("Defendant LCE") and Defendant BP Venture Management, Inc. dba Little Caesars Pizza ("Defendant BPVM") (Defendant LCE and Defendant BPVM are herein collectively referred to as "Defendants") (collectively, Plaintiff and Defendants are referred to as the "Parties").  The Parties, by and through their counsel of record, hereby jointly stipulate as follows:

1. **WHEREAS**, on November 29, 2022, Plaintiff filed a putative wage-and-hour Class Action Complaint in the Sacramento County Superior Court, case no.: 34-2022-00330413, against Defendants alleging that Defendants: (1) failed to pay minimum and straight time wages; (2) failed to pay overtime wages; (3) failed to provide meal periods; (4) failed to authorize and permit rest periods; (5) failed to timely pay final wages at termination; (6) failed to provide accurate itemized wage statements; (7) failed to indemnify employees for expenditures: (8) failed to produce requested employment records; and (9) unfair business practices (the "Complaint");

2. **WHEREAS**, through meet and confer efforts, Plaintiff has learned that Defendant LCE is not an appropriately named defendant to the Complaint and should be dismissed without prejudice according to the following information provided by Defendants:

    a.    Defendant LCE never employed Plaintiff;

    b.    Defendant LCE never controlled any aspect of Plaintiff's wages, hours, or working conditions;

    c.    Defendant LCE did not hire nor control the wages, hours, or working conditions of anyone who performed work for Defendant BPVM;

    d.    Defendant LCE does not have authority to exercise control

                over the means or manner in which BPVM's employees carried out their duties;

    e.    No one at Defendant BPVM reports to nor has ever reported to anyone at Defendant LCE;

    f.    Defendant LCE does not impose any requirements on Defendant BPVM with respect to how they hire, fire, discipline, supervise, schedule, and pay their employees;

    g.    Defendant LCE does not impose any requirements on Defendant BPVM with respect to how they address, teach, or train employees on issues related to wages, hours, and working conditions;

    h.    Defendant LCE has no protocol in place for handling employment related issues for Defendant BPVM, beyond advising them to seek outside counsel or to consult with the third-party representative or authority of their choosing.

3. **WHEREAS**, should discovery show that Defendant LCE is an appropriate defendant, it may be renamed in the Complaint, and if so, the statute of limitations will run as of the initial filing of the Complaint on November 29, 2022, without waiving any defenses to the statute of limitations or otherwise that may exist separate and apart from this tolling period, and that Defendants shall stipulate to allow Plaintiff to add Defendant LCE back to the Complaint in lieu of filing a formal motion;

4. **WHEREAS,** should the case resolve as to Defendant BPVM, the statutory tolling period noted in paragraph 3 is abrogated in its entirety and any claim against Defendant LCE and Defendant BPVM will run from the applicable statute of limitations based upon the date of the new filing;

5. **WHEREAS,** the Parties have stipulated to dismiss all claims in the Complaint as to Defendant LCE without prejudice, with each Party bearing their

1  own costs related to the dismissal;

2  THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that Defendant LCE shall be dismissed without prejudice from the above-referenced action.

Respectfully submitted,

Dated: June 14, 2023                **WILSHIRE LAW FIRM**

By: */s/ Zachary D. Greenberg*
Justin F. Marquez
Christina M. Le
Zachary D. Greenberg

*Attorneys for* Plaintiff
MARIA RODRIGUEZ

Dated: June 14, 2023                **LATHROP GPM LLP**

By: */s/ Laura Reathaford* (as authorized on 6/12/23)
Laura Reathaford

*Attorneys for* Defendant
LITTLE CAESAR ENTERPRISES, INC.

Dated: June 14, 2023                **PALMER KAZANJIAN WOHL HODSON, LLP**

By: */s/ Dayra Juarez* (as authorized on 6/12/23)
Larry M. Kazanjian
Treaver K. Hodson
Dayra Juarez

*Attorneys for* Defendant
BP VENTURE MANAGEMENT, INC.
DBA LITTLE CAESARS PIZZA

## COURT ORDER

GOOD CAUSE APPEARING THEREFORE, and based on the Joint Stipulation of the Parties, IT IS HEREBY ORDERED that Defendant Little Caesar Enterprises, Inc. be dismissed from this Action without prejudice.

Dated: June 14, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE