Justin F. Marquez (SBN 262417)
justin@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for* Plaintiff
MARIA RODRIGUEZ

Larry M. Kazanjian (SBN 071441)
lkazanjian@pkwhlaw.com
Treaver K. Hodson (SBN 179184)
thodson@pkwhlaw.com
Dayra Juarez (SBN 340294)
djuarez@pkwhlaw.com
**PALMER KAZANJIAN WOHL HODSON, LLP**
2277 Fair Oaks Blvd., Suite 455
Sacramento, California 95825
Telephone: (916) 442-3552
Facsimile: (916) 640-1521

*Attorneys for* Defendant
BP VENTURE MANAGEMENT, INC.
DBA LITTLE CAESARS PIZZA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RODRIGUEZ, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>BP VENTURE MANAGEMENT, INC. DBA LITTLE CAESARS PIZZA, a California corporation; LITTLE CAESAR ENTERPRISES, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>*Defendants.* | Case No. 2:23-cv-00167-WBS-JDPx<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION & ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)**<br><br>Judge:      Hon. William B. Shubb<br>Courtroom: 5<br><br>Complaint Filed:   November 29, 2022<br>Date of Removal:   January 27, 2023<br>Trial Date:          November 19, 2024 |

Plaintiff Maria Rodriguez ("Plaintiff") and Defendant BP Venture Management, Inc. dba Little Caesars Pizza ("Defendant," and together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby dismiss the putative class claims on behalf of other current and former employees without prejudice, dismiss Plaintiff's individual claims with prejudice, and without court order pursuant to this stipulation signed by all parties who have appeared (the "Stipulation")

1. **WHEREAS,** on November 29, 2022, Plaintiff filed a putative wage-and-hour Class Action Complaint in the Sacramento County Superior Court, case no.: 34-2022-00330413, against Defendants alleging that Defendants: (1) failed to pay minimum and straight time wages; (2) failed to pay overtime wages; (3) failed to provide meal periods; (4) failed to authorize and permit rest periods; (5) failed to timely pay final wages at termination; (6) failed to provide accurate itemized wage statements; (7) failed to indemnify employees for expenditures: (8) failed to produce requested employment records; and (9) unfair business practices (the "Complaint");

**WHEREAS**, on January 27, 2023, Defendant Little Caesar Enterprises, Inc. filed a Notice of Removal removing this case to the United States District Court for the Eastern District of California pursuant to the provisions of 28 U.S.C. §§ 1332, 1441, and 1446;

**WHEREAS**, on June 13, 2023, the Parties filed a Joint Stipulation for Dismissal Without Prejudice to dismiss Defendant Little Ceasar Enterprises, Inc. as Defendant Little Ceasar Enterprises, Inc. was not an appropriately named defendant to the Complaint.

**WHEREAS**, on June 15, 2023, the Court granted the Parties Joint Stipulation for Dismissal Without Prejudice to dismiss Defendant Little Ceasar Enterprises, Inc. and dismissed Defendant Little Ceasar Enterprises, Inc. from this Action without prejudice.

JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)

**WHEREAS**, in and around July 2024, the Parties met and conferred regarding potentially resolving this action and Plaintiff has agreed to settle her individual claims with Defendant for consideration in exchange for an agreement to a general release of all individual claims, waiver of California Civil Code section 1542, and confidentiality;

**WHEREAS**, under the settlement, Plaintiff is receiving consideration for dismissal of her individual claims with prejudice and Plaintiff's counsel is receiving consideration for attorneys' fees and costs associated with Plaintiff's individual claims, and no consideration has been provided to Plaintiff or Plaintiff's Counsel, including any fees or costs, for dismissing the class claims without prejudice;

**WHEREAS**, Plaintiff has agreed to dismiss the class claims without prejudice;

**WHEREAS**, no class has been certified in this Action, no notice has been individually sent to putative class members in this Action, and none of the putative class members should be prejudiced in any way by dismissal of the class claims without prejudice, in the absence of notice;

**WHEREFORE**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, individually, and Defendant, by and through their respective counsel, hereby stipulate that Plaintiff's individual claims be dismissed with prejudice and class claims be dismissed without prejudice;

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: August 15, 2024        **WILSHIRE LAW FIRM**

By: */s/ Justin F. Marquez*
Justin F. Marquez

*Attorneys for* Plaintiff
MARIA RODRIGUEZ

JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)

1  Dated: August 15, 2024

   **PALMER KAZANJIAN WOHL**

2  **HODSON, LLP**

3

4  By: */s/ Dayra Juarez* (as authorized on
      8/12/2024)

5  Larry M. Kazanjian
   Treaver K. Hodson
6  Dayra Juarez

7  *Attorneys for* Defendant

8  BP VENTURE MANAGEMENT, INC.
   DBA LITTLE CAESARS PIZZA

9

10

11      * The filer attests that the signatory listed above concurs in the content of

12  this document and has authorized its filing.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE RULE 41(a)(1)(A)(ii)

## COURT ORDER

GOOD CAUSE APPEARING THEREFORE, and based on the Joint Stipulation of the Parties, the COURT HEREBY ORDERS that Plaintiff's individual claims be dismissed with prejudice and class claims be dismissed without prejudice.

DATED: August 16, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE RULE 41(a)(1)(A)(ii)